IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ADAM HILL** **PLAINTIFF**
**ADC #601559**

**v.** **CASE NO. 1:18-CV-00048 BSM**

**STEPHEN WILLIAMS, et al.** **DEFENDANTS**

## ORDER

The partial recommended disposition [Doc. No. 98] filed by United States Magistrate Judge Patricia S. Harris has been received. No objections have been filed. After careful review of the record, the proposed findings and recommended disposition are hereby adopted in their entirety. Accordingly, defendant Crawford's motion to dismiss for insufficiency of process [Doc. No. 93] is denied and service will be reattempted on Crawford at the address provided in her motion.

IT IS SO ORDERED this 19th day of December 2018.

_____
UNITED STATES DISTRICT JUDGE