IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ADAM HILL                                                                                          PLAINTIFF
ADC #601559

v.                                  CASE NO. 1:18-CV-00048 BSM

STEPHEN WILLIAMS, et al.                                                              DEFENDANTS

## ORDER

United States Magistrate Judge Patricia S. Harris's partial recommended disposition [Doc. No. 151] is adopted and plaintiff Adam Hill's motion for summary judgment [Doc. No. 142] is denied.

IT IS SO ORDERED this 31st day of January 2019.

_____
UNITED STATES DISTRICT JUDGE