# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ADAM HILL**  PLAINTIFF
**ADC #601559**

v.  CASE NO. 1:18-CV-00048 BSM

**STEPHEN WILLIAMS, et al.**  DEFENDANTS

## ORDER

United States Magistrate Judge Patricia S. Harris's partial recommended disposition [Doc. No. 157] is adopted. The motion for summary judgment [Doc. No. 86] filed by defendants Marjorie Hall and Correct Care Solutions ("CCS") is granted and Hill's claims against Hall and CCS are dismissed without prejudice. The pending motion to dismiss [Doc. No. 57] is denied as moot.

IT IS SO ORDERED this 4th day of February 2019.

_____
UNITED STATES DISTRICT JUDGE