IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ADAM HILL                                                                                    PLAINTIFF
ADC #601559

v.                          CASE NO. 1:18-CV-00048 BSM

STEPHEN WILLIAMS, et al.                                                          DEFENDANTS

### ORDER

United States Magistrate Judge Patricia S. Harris's partial recommended disposition [Doc. No. 158] is adopted and plaintiff Adam Hill's claims against defendant Dale Reed are dismissed without prejudice.

IT IS SO ORDERED this 11th day of February 2019.

_____
UNITED STATES DISTRICT JUDGE