# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

**ADAM HILL**                                                                                      **PLAINTIFF**
**ADC #601559**

**v.**                             **CASE NO. 1:18-CV-00048-BSM**

**STEPHEN WILLIAMS,** *et al.*                                                   **DEFENDANTS**

## ORDER

After *de novo* review of the record, including Adam Hill's objections, United States Magistrate Judge Patricia Harris's partial recommended dispositions [Doc. Nos. 377, 382] are adopted. Hill's motion for a temporary restraining order [Doc. No. 371] is denied. Defendants' motion for partial summary judgment [Doc. No. 323] is granted as to Hill's claims against Wendy Kelley, Rory Griffin, Billy Inman, Stephen Williams, Ronald Bailey, Telly Gray, Russell Hicks, and Esther Mendez, and these claims are dismissed without prejudice for failure to exhaust administrative remedies. Defendants' motion for partial summary judgment is denied as to Hill's retaliation claims against DeAngelo Earl, Peter Amplo, James Gibson, Dexter Payne, Rodney Ford, Jesse Jackson, III, Johnny Morris, and Kimberly Riley, and Hill may proceed with these claims.

IT IS SO ORDERED this 14th day of August, 2020.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE