IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ADAM HILL** **PLAINTIFF**
**ADC #601559**

v.                 **CASE NO. 1:18-CV-00048-BSM**

**STEPHEN WILLIAMS,** *et al.*                 **DEFENDANTS**

### ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Patricia S. Harris's proposed findings and partial recommendation [Doc. No. 456] are adopted. Defendants' motion for summary judgment [Doc. No. 447] is granted, and Hill's claims against defendants Peter Amplo, DeAngelo Earl, Rodney Ford, James Gibson, Jesse Jackson, III, Johnny Morris, Dexter Payne, and Kimberly Riley are dismissed with prejudice. Hill's motion for a temporary restraining order and preliminary injunction [Doc. No. 505] is denied as moot.

Judge Harris's proposed findings and partial recommendation on the issue of default of defendants Sarah Crawford and Carol Johnson [Doc. No. 504] are adopted. Hill's official capacity claims are dismissed because they are barred by sovereign immunity. Hill's motion for default judgment against defendants Sarah Crawford and Carol Johnson in their individual capacities [Doc. No. 495] is granted.

Hill's motion for update [Doc. No. 514] is granted. The clerk is directed to mail Hill a copy of this order and the docket sheet.

IT IS SO ORDERED this 21st day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE