# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

**ADAM HILL**  **PLAINTIFF**
ADC #601559

v.  CASE NO. 1:18-CV-00048-BSM

**SARAH CRAWFORD and**
**CAROL JOHNSON**  **DEFENDANTS**

## JUDGMENT

Default judgment has been granted to plaintiff Adam Hill against defendants Sarah Crawford and Carol Johnson. Now that a damages hearing has been conducted, Hill is awarded $50,000 in compensatory damages ($25,000 from Crawford and $25,000 from Johnson) and $50,000 in punitive damages ($25,000 from Crawford and $25,000 from Johnson). Costs are taxed against defendants jointly and severally.

IT IS SO ORDERED this 29th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE